# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 19-20538-CR-WILLIAMS/
                             TORRES
    Plaintiff,

vs.

MICHAEL ALLEN PATA,

    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE

    Pursuant to Southern District of Florida Local Rule 88.7, **Bruce H. Lehr,** Esquire, enters this Notice of Permanent Appearance as counsel for the Defendant above-named. This appearance does **not** encompass any appellate representation.

    Respectfully submitted,

LEHR LEVI & MENDEZ, P.A.
Attorneys for Defendant Pata
Suite 910
1401 Brickell Avenue
Miami, Florida 33131
(305) 377-1777

BY  /S/ *Bruce H. Lehr*
    BRUCE H. LEHR
    Florida Bar Number 318930

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being

served this day on all counsel of record or pro se parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.

              /S/ *Bruce H. Lehr*
              BRUCE H. LEHR